

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00371-CV

Joseph **HARRIS** and All Other Occupants of
3527 Cameron Springs, San Antonio, Texas 78244,
Appellants

v.

**BANK OF AMERICA, N.A.**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2014CV03915
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Bank of America, N.A., recover its costs of this appeal from appellants, Joseph Harris and All Other Occupants of 3527 Cameron Springs, San Antonio, Texas 78244.

SIGNED November 10, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice